



**FILED**

FEB 2 1 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ PMK
DEPUTY CLERK

# United States District Court
## Eastern District of California

| Alexander Garcia Garcia |
|---|

Plaintiff(s)

V.

| Orestes Cruz et al. |
|---|

Defendant(s)

Case Number: 1:26-CV-01366-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

____Jaskirat Singh_____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Alexander Garcia Garcia

On ____06/28/2022____ (date), I was admitted to practice and presently in good standing in the

__Second Judicial Department of New York__ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:____02/18/2026____        Signature of Applicant: /s/ ____Jaskirat Singh____

**Pro Hac Vice Attorney**

Applicant's Name:      Jaskirat Singh

Law Firm Name:      The Romero Firm, LLC

Address:      103-24 Roosevelt Ave

     Suite 307

City: Corona      State: NY      Zip: 11368

Phone Number w/Area Code: (718) 747-4846

City and State of Residence: Floral Park, NY

Primary E-mail Address: jsingh@theromerofirm.com

Secondary E-mail Address: jazz.g.singh@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Nicolette Glazer

Law Firm Name:      Law Offices of Larry R. Glazer

Address:      2121 Avenue of the Stars

     8th Floor

City: Century City      State: CA      Zip: 90067

Phone Number w/Area Code: (310) 407-5353      Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/21/26

JUDGE, U.S. DISTRICT COURT



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

I, *Darrell M. Joseph*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## *Jaskirat Singh*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 28, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 18, 2026.

*Clerk of the Court*

CertID-00275320



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern


An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.


An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.


New York State does not register attorneys as active or inactive.


An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.


Bar examination history is available from the New York State Board of Law Examiners.


Instructions, forms and links are available on this Court's website.

*Darrell M. Joseph*

Darrell M. Joseph
Clerk of the Court

Revised October 2024